MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor:   Bernard L. Wiklund and Carole L. Pelletier

Chapter 7 Case No. 08-45834

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Recovery Management Systems Corp. for GE Money Bank d/b/a Linens N' Things 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | 18 | 333.50 | 3.32 |
| Recovery Management Systems Corp. For GE Money Bank d/b/a Mills Fleet/GEMB 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | 20 | 353.08 | 3.52 |

Dated: August 30, 2011

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Wicklund\Unclaimed Dividends Distribution Less than $5.wpd